448 A.2d 1174

Commonwealth v. Tilburg, Appellant.
Petition for Allowance of Appeal Denied Oct. 19, 1982.

Argued October 26, 1981. H. David Roth-
man, for appellant; William B. Martin, Jr., Assistant Dis-
trict Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and JOHNSON, JJ.

The judgment of sentence is hereby affirmed.